# WEIR & PLAZA, LLC

ROBERT A. WEIR, JR *
EDWARD J. PLAZA †

COUNSELLORS AT LAW
321 BROAD STREET
RED BANK, NEW JERSEY 07701
(732) 741-8181

ADMITTED TO PRACTICE
NJ, NY & DISTRICT OF COLUMBIA *
NJ & NY †
NEW JERSEY ‡

E-MAIL: weirplaza@weirplaza.com
WEB SITE: www.weir-plaza.com
TELECOPIER: (732) 747-8088

January 12, 2012

Hon. Dennis M. Cavanaugh, U.S.D.J
Frank R. Lautenberg U.S.P.O. & Cthse.
Rm. 451, Federal Sq.
Newark, New Jersey 07101-0999

   **In Re: United States v. Edward Cobb**
     **Docket No. 09-CR-00004**

Dear Judge Cavanaugh:

  This letter confirms that at my request on behalf of Defendant Edward Cobb, and with the consent of the Government, A.U.S.A. V. Grady O'Malley, a thirty (30) day stay of sentence has been granted by Your Honor in this matter to permit Mr. Cobb to undergo the surgeries and have such medical services as detailed in my prior correspondence.

  Accordingly, pursuant to the Order, the Federal Bureau of Prisons' Voluntary Surrender Date of February 3, 2012 to the Federal Correctional Institution located at Fort Dix New Jersey shall be extended for a thirty (30) day period.

  Mr. O'Malley has informed me that upon receipt of a copy of Your Honor's Order he will notify the BOP.

  We greatly appreciate Your Honor's attention to this matter.

1/18/12
SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.

Respectfully submitted,

ROBERT A. WEIR, JR.

RAW/jat

cc: V. Grady O'Malley, AUSA, Via Email
  Erika DiPalma, Pretrial Services Officer
  Via Email
  Edward Cobb