UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 09-4-01 |
|---|---|
| v. | : ORDER |
| EDWARD COBB, | : |

This matter having come before the Court on the application of WEIR & PLAZA, LLC, Robert A. Weir, Jr., Esq., on behalf of Defendant Edward Cobb for an Order Extending Time for Defendant to surrender to the Bureau of Prisons at the Fort Dix Correctional Facility due to Defendant's medical condition which requires several scheduled surgeries; and the Government, V. Grady O'Malley, Assistant United States Attorney, having no opposition to the Defendant's Application to the Court.

**WHEREAS** Defendant has provided the Court with specific information concerning his medical condition, surgeons, and dates of scheduled and anticipated surgeries through April 2012; and

**WHEREAS** Defendant Cobb has demonstrated he needs continued medical care and a period of time for post-operative rehabilitation; and

**WHEREAS** the Defendant's reporting date to Fort Dix Correctional Facility scheduled for March 5, 2012 does not provide sufficient time for Defendant Cobb to address his medical condition and complete the necessary surgeries and post-operative

rehabilitation period, therefore

**IT IS ORDERED** this 23rd date of February, 2012 that the date for Defendant to report to the Bureau of Prisons at the Fort Dix Correctional Facility is hereby extended from March 5, 2012 to July 9, 2012; and

**IT IS FURTHER ORDERED** that a copy of this Order be provided to all counsel of record and the Bureau of Prisons.


So ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J