## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NUMBER:09-CR-00004 |
| v. : | ORDER |
| **EDWARD J. COBB,** : | |

This matter having come before the Court on the application of WEIR & PLAZA, LLC, Robert A. Weir, Jr., Esq., on behalf of Defendant Edward J. Cobb for an Order Extending Time for Defendant to Surrender to the Bureau of Prisons due to Defendant's medical condition which requires surgeries, and other diagnostic and preventing treatments; and the Government, V. Grady O'Malley, Assistant United States Attorney, having no opposition to the Defendant's application to the Court; and

**WHEREAS**, Defendant has provided the Court with specific information concerning his medical condition, surgeons, physicians' reports and preventive treatment; and

**WHEREAS**, Defendant Cobb has demonstrated the need for continued medical care and a period of time for post-operative rehabilitation; and

**WHEREAS**, Defendant's reporting date to Federal Correctional Institute at Beaumont Low, 5560 Knauth Road, Beaumont, Texas, on Monday, July 9, 2012 does not provide sufficient time for Defendant Cobb and his treating physicians to address his medical

condition and complete the necessary surgeries and post-operative rehabilitation period; therefore

**IT IS ORDERED** this 6th date of July, 2012, that the date for Defendant to report to the Bureau of Prisons at the Federal Correctional Institute at Beaumont Low, Beaumont, Texas be and hereby is hereby extended from July 9, 2012, to Oct. 8, 2012; and

**IT IS FURTHER ORDERED** that a copy of this Order be provided to all counsel of record and the Bureau of Prisons.

So ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J