```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


                                  :
UNITED STATES of AMERICA          :        O R D E R
                                  :
        v.                        :    Case No.  9cr004(DMC)
EDWARD COBB                       :
```

       This matter having come before the Court on a letter application by Edward Cobb, Robert Weir, Esq. appearing, to permit defendant a third extension of his surrender date of October 8, 2012 due to various medical conditions; and

       The court having reviewed same; and

       The United States Attorney, by V. Grady O'Malley, Esq having consented to one final adjournment request; and

       For good cause shown;

       It is on this 4th day of October 2012 ORDERED that the application to further extend the surrender date of the defendant is hereby **GRANTED** for 60 days, and the defendant shall report as designated on December 7, 2012.


                                                           S/DENNIS M. CAVANAUGH  
                                                         Dennis M. Cavanaugh, U.S.D.J.