# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| | : | |
| v. | : | |
| | : | Case No. 9cr004(DMC) |
| EDWARD COBB | : | |

This matter having come before the Court on a letter application by Edward Cobb (Robert Weir, Esq. and Alfred C. DeCotiis, Esq., appearing) to permit defendant an extension of his surrender date of December 7, 2012 due to present medical circumstances; and

The Court having reviewed same; and

The United States Attorney, by V. Grady O'Malley, Esq., having consented to this adjournment request; and

For good cause shown;

It is on this 29th day of November 2012 **ORDERED** that the application to further extend the surrender date of the defendant is hereby **GRANTED** for 6 months, and the defendant Edward Cobb shall report as designated on June 7, 2013.

Dennis M. Cavanaugh, U.S.D.J.